

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| YSLETA INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00115-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 243rd District Court |
| v. | | |
|  | § | of El Paso County, Texas |
| ALFONSO GUZMAN, | | |
|  | § | (TC# 2017DCV1412) |
| Appellee. | | |
|  | § | |

# **O R D E R**

The Court GRANTS the Appellant's Motion to Re-establish the Appellate Timetable.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Clerk's Record (1 volume) received on July 16, 2018 and the Reporter's Record (8 volumes + 4 exhibit volumes) received on August 7, 2018 have this day been filed. Appellant's brief is due 30 days from the date of this order.

IT IS SO ORDERED this 8th day of August, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.